IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JUDITH BUETTGEN and CHARLES BUETTGEN,<br><br>    Plaintiffs,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 06-2092<br>)<br>)<br>)<br>) |

### DEFENDANT WAL-MART STORES, INC.'S
### CERTIFICATE OF INTEREST

Defendant, Wal-Mart Stores, Inc. ("Wal-Mart"), by and through its attorneys, DeFranco & Bradley, P.C., pursuant to local Rule 11.3 of the Central District of Illinois, hereby discloses the following interests:

1.  Parent corporations of Wal-Mart Stores, Inc.:

    None.

2.  Publicly held corporation owning ten percent or more of the stock of Wal-Mart Stores, Inc.:

    None.

3.  Law firms representing Wal-Mart Stores, Inc. in this litigation:

    DEFRANCO & BRADLEY, P.C.
    James E. DeFranco
    Cody S. Moon
    Daniel L. Bradley

DeFRANCO & BRADLEY, P.C.

By     s/James E. DeFranco
      James E. DeFranco, #06181134
      Daniel L. Bradley, # 06242566
      Cody S. Moon, #6280657
      785 Wall Street, Suite 200
      O'Fallon, IL 62269
      (618) 628-2000
      (618) 628-2007 Fax
      ATTORNEYS FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JUDITH BUETTGEN and CHARLES BUETTGEN,<br><br>Plaintiffs,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 06-2092<br>)<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

I hereby certify that on 15th day of May, 2006, I electronically filed **Wal-Mart Stores, Inc.'s certificate of interest,** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

    Louis A. DePaepe, Esq.    depaepelaw@ctitech.com


DeFRANCO & BRADLEY, P.C.


By    s/James E. DeFranco
    James E. DeFranco, #06181134
    Daniel L. Bradley, # 06242566
    Cody S. Moon, #6280657
    785 Wall Street, Suite 200
    O'Fallon, IL 62269
    (618) 628-2000
    (618) 628-2007 Fax
    ATTORNEYS FOR DEFENDANT
    WAL-MART STORES, INC.