E-FILED
Tuesday, 16 May, 2006 09:54:01 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JUDITH BUETTGEN and CHARLES BUETTGEN,<br><br>    Plaintiffs,<br><br>  v.<br><br>WAL-MART STORES, INC.,<br><br>    Defendant. | )<br>)<br>) No. 06-2092<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

  1. This matter is set for a Scheduling Conference under Fed.R.Civ.P. 16 by telephone conference at **10:00 a.m.** on **July 11, 2006.** The court will place the call.

  2. Lead counsel for each party must attend and be prepared to discuss all issues listed in Local Rule 16 (CDIL-LR 16) and Fed. R. Civ. P. 26.

  3. At least 14 days prior to the scheduling conference, counsel must comply with the initial disclosure requirements of Fed. R. Civ. P. 26(a). A certificate of compliance must be filed, but the <u>disclosures are NOT to be filed</u>. (CDIL-LR 26.3(A)).

  4. The parties shall develop a proposed discovery plan for submission to the court <u>at least 7 days prior</u> to the scheduling conference. Failure to submit the discovery plan required by this order may result in the cancellation of the discovery conference and assessment of costs.

  5. The plaintiff's attorney is responsible for arranging the 26(f) meeting and filing the proposed discovery plan with the Court. (CDIL-LR 26.2(3)).

      ENTER this 16th day of May, 2006.


        s/Harold A. Baker
      _____
        Harold A. Baker
      United States District Judge


F:\CMECF\CV\2\Buettgen v. WalMart.ord.wpd