UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JUDITH BUETTGEN and CHARLES BUETTGEN, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | )   06-2092 ) |
| WAL-MART STORES, INC., | ) ) |
| Defendant. | ) |

CASE MANAGEMENT ORDER #1

This case is before the court pursuant to Federal Rule of Civil Procedure 16. The plaintiff is represented by Louis DePaepe, Esq. The defendant is represented by James DeFranco, Esq.

On May 16, 2006, the court ordered to parties to submit a proposed discovery plan at least seven days prior to today's scheduling conference. The parties have not done so. The court therefore establishes the following deadlines and dates:

1. Initial disclosures shall be exchanged by July 21, 2006.

2. All discovery is to be completed by December 1, 2006.

3. Dispositive motions shall be filed by January 2, 2007.

4. A final pretrial conference is scheduled for April 3, 2007, at 1:30 p.m. by personal appearance.

5. Jury selection and jury trial are scheduled to begin on April 9, 2007, at 9:00 a.m. before the court sitting in Urbana, Illinois.

6. A status conference will be held on November 1, 2006, at 9:30 a.m. by telephone conference call. The court will initiate the call.

Enter this   11th   of July, 2006.

s/Harold A. Baker
_____
Harold A. Baker
United States District Judge