IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JUDITH BUETTGEN and CHARLES BUETTGEN, <br><br> Plaintiffs, <br><br> vs. <br><br> WAL-MART STORES, INC., <br><br> Defendant. | ) ) ) ) ) ) ) Case No. 06-2092 ) ) ) ) ) |

## STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed, by and between the parties to the above entitled cause, that said cause having been settled as to defendant, Wal-Mart Stores, Inc., the action may be dismissed with prejudice to plaintiffs, with each party to bear its own costs and the court file may be closed.

DEPAEPE LAW OFFICE                     DeFRANCO & BRADLEY, P.C.

BY: s/Louis A. DePaepe (w/consent)     BY:    s/ James E. DeFranco
    Louis A. DePaepe                          James E. DeFranco, # 06181134
    222 West Market Street, PO Box 77         785 Wall Street, Suite 200
    Taylorville, IL 62568                     O'Fallon, IL 62269
    (217) 824-2104                            (618) 628-2000
    (217) 824-2128 Fax                        (618) 628-2007 Fax
    ATTORNEYS FOR PLAINTIFFS                  ATTORNEYS FOR DEFENDANT